PEOPLE EX REL. EQUITABLE GAS LIGHT COMPANY of New York, Appellant, *v.* EDWARD P. BARKER et al., Commissioners, etc., Respondents.

(Argued January 16, 1893; decided January 31, 1893.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made November 18, 1892, which affirmed an order of Special Term directing a deduction in the assessed valuation of the relator's personal property and confirming the commissioners' assessment at the reduced valuation.

*Frederic R. Coudert* for appellant.

*D. J. Dean* for respondents.

Agree to affirm ; no opinion.
All concur.
Order affirmed.